IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cain, James A

Printed: 5/3/05

Case Number: 05 B 12998
Judge: Doyle, Carol A
Filed: 4/6/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Transferred: April 28, 2005
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Litton Loan Servicing | Secured | | No Claim Filed |
| 2. | US Bank | Secured | | No Claim Filed |
| 3. | EMC Mortgage Corporation | Secured | | No Claim Filed |
| 4. | Meridian Financial Serv | Secured | | No Claim Filed |
| 5. | Litton Loan Servicing | Secured | | No Claim Filed |
| 6. | AT&T Wireless | Unsecured | | No Claim Filed |
| 7. | Charter One Bank | Unsecured | | No Claim Filed |
| 8. | Check Into Cash | Unsecured | | No Claim Filed |
| 9. | AmeriCash Loans, LLC | Unsecured | | No Claim Filed |
| 10. | Muller Firm | Unsecured | | No Claim Filed |
| 11. | Carsons | Unsecured | | No Claim Filed |
| 12. | GMAC | Unsecured | | No Claim Filed |
| 13. | CCO Mortgage Corp | Unsecured | | No Claim Filed |
| 14. | Cottonwood Financial Ltd | Unsecured | | No Claim Filed |
| 15. | Credit Union One | Unsecured | | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 17. | Comcast | Unsecured | | No Claim Filed |
| 18. | National City Bank | Unsecured | | No Claim Filed |
| 19. | Equifax Check | Unsecured | | No Claim Filed |
| 20. | Exxon | Unsecured | | No Claim Filed |
| 21. | Bank Of America | Unsecured | | No Claim Filed |
| 22. | Household Credit Services | Unsecured | | No Claim Filed |
| 23. | L S Ayres | Unsecured | | No Claim Filed |
| 24. | Household Credit Services | Unsecured | | No Claim Filed |
| 25. | MBNA America | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Cain, James A | | Case Number: 05 B 12998 |
|---|---|---|---|
| | | | Judge: Doyle, Carol A |
| | Printed: 5/3/05 | | Filed: 4/6/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Jaguar Credit Company | Unsecured | | No Claim Filed |
| 27. | Target | Unsecured | | No Claim Filed |
| 28. | Advance Til Payday | Unsecured | | No Claim Filed |
| 29. | Discover Financial Services | Unsecured | | No Claim Filed |
| 30. | Nicor Gas | Unsecured | | No Claim Filed |
| 31. | One Iron Ventures | Unsecured | | No Claim Filed |
| 32. | Nordstrom | Unsecured | | No Claim Filed |
| 33. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 34. | Santana Energy | Unsecured | | No Claim Filed |
| 35. | Walgreens | Unsecured | | No Claim Filed |
| 36. | US Bank Trust National Assoc | Unsecured | | No Claim Filed |
| 37. | US Bank | Unsecured | | No Claim Filed |
| 38. | Village of Hinsdale | Unsecured | | No Claim Filed |
| 39. | Telecheck | Unsecured | | No Claim Filed |

$ 0.00                                   $ 0.00

### TRUSTEE FEE DETAIL

Fee Rate          Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)