UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 12998
   JAMES A CAIN
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

      Debtor
   SSN XXX-XX-1004
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/06/05 and confirmed on 07/29/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 30675.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHARTER ONE BANK | CURRENT MORTG | .00 | .00 | .00 |
| CHARTER ONE BANK | MORTGAGE ARRE | 7162.58 | .00 | 7162.58 |
| EMC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| US BANK | UNSECURED | 82397.94 | .00 | 11933.47 |
| ADVANCE TIL PAYDAY | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 1494.00 | .00 | 216.37 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 1062.05 | .00 | 153.81 |
| CHARTER ONE BANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE BANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CHECK INTO CASH INC | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 749.51 | .00 | 108.55 |
| COTTONWOOD FINANCIAL LTD | FILED LATE | .00 | .00 | .00 |
| CREDIT UNION 1 | UNSECURED | 16393.36 | .00 | 2374.21 |
| HOUSEHOLD BANK | UNSECURED | 13256.51 | .00 | 1919.90 |
| EQUIFAX CHECK SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| EXXON MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| CMAC PAYMENT CENTER | UNSECURED | .00 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 8877.64 | .00 | 1285.72 |
| JAGUAR CREDIT | UNSECURED | 1091.61 | .00 | 158.09 |
| LS AYRES | UNSECURED | 744.98 | .00 | 107.89 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MULLERMIST IRRIGATION CO | UNSECURED | 264.53 | .00 | 38.31 |
| NATIONAL CITY BANK | UNSECURED | NOT FILED | .00 | .00 |

```
NICOR GAS                    UNSECURED      NOT FILED         .00         .00
NORDSTROM FSB                UNSECURED        6769.28         .00      980.38
ONE IRON VENTURES            UNSECURED      NOT FILED         .00         .00
SANTANNA ENERGY              UNSECURED      NOT FILED         .00         .00
SEARS BKRUPTCY RCVRY MGM     UNSECURED      NOT FILED         .00         .00
TARGET NATIONAL BANK         UNSECURED        4181.80         .00      605.64
TELECHECK CORPORATE OFFI     UNSECURED      NOT FILED         .00         .00
US BANK                      UNSECURED        2122.99         .00      307.47
PORTFOLIO RECOVERY ASSOC     UNSECURED       10003.04         .00     1448.71
VILLAGE OF HINSDALE          UNSECURED        2777.00         .00      402.19
WALGREENS                    UNSECURED      NOT FILED         .00         .00
MERIDIAN FINANCIAL           UNSECURED      NOT FILED         .00         .00
FRED R HARBECKE              ORIGINAL ATTO        .00         .00         .00
```

Summary of disbursements:

```
                      SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
---------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    7162.58           .00    152186.24           .00     159348.82
PRINCIPAL PAID        7162.58           .00     22040.71           .00      29203.29
INTEREST PAID             .00           .00          .00           .00           .00
TOTAL PAID            7162.58           .00     22040.71           .00      29203.29
```

The Debtor's attorney, ARNOLD KAPLAN LTD          , was allowed $      .00
and was paid $       .00 .

The Trustee received $   1471.71 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/13/09              /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 05 B 12998 JAMES A CAIN